**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7689**

_____

GEORGE DAVIS BOLLIN,

Plaintiff - Appellant,

versus

EDGEFIELD COUNTY SHERIFF'S DEPARTMENT, Edge-
field, South Carolina,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Dennis W. Shedd, District Judge.
(CA-95-301-6-19AK)

_____

Submitted:  April 15, 1996          Decided:  April 25, 1996

_____

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

George Davis Bollin, Appellant Pro Se.  Vinton DeVane Lide, Michael
Stephen Pauley, LIDE, MONTGOMERY, POTTS & MEDLOCK, P.C., Columbia,
South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bollin v. Edgefield County Sheriff's Dep't, No. CA-95-301-6-19AK (D.S.C. Sept. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2